2571453

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERK'S OFFICE
16 MAY 26 PM 1 54
DISTRICT OF MASS.

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2015 JUN 30 A 11: 50

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-MJ-2190-MBB |
| Leslie CREDLE a/k/a "Chanel" | ) | |
| Defendant | ) | |

## ARREST WARRANT   SEALED

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leslie CREDLE a/k/a "Chanel",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Conspiracy to Obtain Possession of Oxycodone by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge, in violation of 21 U.S.C. § 843(a)(3). See attached affidavit of DEA TFO Shawn B. Cayer.

Date:   06/30/2014 @ 10:34 AM

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:   Boston, MA

U.S. Magistrate Judge Marianne B. Bowler
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE   *Arresting officer's signature*
DEFENDANT ON 6/30/14

*Printed name and title*